## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 22-3046 (TJB) |
| | : | |
| JAMAREE HUDSON | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of

Philip R. Sellinger, United States Attorney for the District of New Jersey

(by Alexander E. Ramey, Assistant United States Attorney), and defendant

Jamaree Hudson (by Adam Axel, Assistant Federal Public Defender), for an

order granting a continuance of the proceedings in the above-captioned matter

from the date this Order is signed through September 30, 2023, to permit

defense counsel the reasonable time necessary for effective preparation in this

matter and to allow the parties to discuss the matter and conduct plea

negotiations in an effort to resolve the case before grand jury proceedings and

trial; and the defendant being aware that he has the right to have the matter

submitted to a grand jury within 30 days of the date of his arrest pursuant to

Title 18, United States Code, Section 3161(b); and five prior continuances

having been entered; and the defendant, through his attorney, having

consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be

continued for the following reasons:

(1)     Plea negotiations are ongoing, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

(2)     The United States has provided the defendant with discovery, and the defendant seeks additional time to review discovery;

(3)     The defendant having requested additional time to obtain the *en banc* opinion of the Third Circuit in *Range v. Att'y Gen. United States*, 53 F.4th 262 (3d Cir. 2022), *reh'g en banc granted, opinion vacated sub nom. Range v. Att'y Gen. United States of Am.*, 56 F.4th 992 (3d Cir. 2023);

(4)     The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(5)     The defendant has consented to the aforementioned continuance;

(6)     The grant of a continuance will likely conserve judicial resources; and

(7)     Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __3rd__ day of __August__, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through September 30, 2023; and it is further

2

ORDERED that the period from the date this Order is signed through

September 30, 2023, shall be excludable in computing time under the Speedy

Trial Act of 1974.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge


Form and entry consented to:

Alexander E. Ramey
Assistant United States Attorney


s/ Adam Axel

Adam Axel
Assistant Federal Public Defender
Counsel for Defendant Jamaree Hudson


Eric A. Boden

Eric A. Boden
Attorney-in-Charge
Trenton Branch Office

3